UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15CR63 RLW |
| ) | |
| GEORGE ELI BROWN, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Memorandum, Order and Recommendation of United States Magistrate Judge Shirley Mensah (ECF No. 61). Defendant Brown filed a motion to compel discovery (ECF No. 28), a motion for the Power of the Court in preparing an unhampered defense (ECF No. 34), and a Motion to Dismiss the indictment on speedy trial grounds (ECF No. 49). The United States filed responses opposing each of Defendant's Motions. (ECF Nos. 33, 42, 52).

Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Mensah, who filed the Memorandum, Order and Recommendation of United States Magistrate on August 25, 2015. (ECF No. 61). Defendant Brown filed objections to the Memorandum, Order and Recommendation of the United States Magistrate Judge on September 3, 2015 (ECF No. 62). The Court finds that Defendant Brown's objections are not persuasive.

The Magistrate Judge recommends that Defendant Brown's motion to compel discovery (ECF No. 28) and Motion to Dismiss the indictment on speedy trial grounds (ECF No. 49) be denied. The Magistrate Judge further recommends that Defendant Brown's motion for the Power

1

of the Court in preparing an unhampered defense (ECF No. 34) be denied as moot. After *de novo* review of this matter, this Court adopts the Magistrate Judge's recommendations.

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Order and Recommendation of United States Magistrate (ECF No. 61) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the motion to compel discovery (ECF No. 28) and Motion to Dismiss the indictment on speedy trial grounds (ECF No. 49) are **DENIED**.

**IT IS FINALLY ORDERED** that motion for the Power of the Court in preparing an unhampered defense (ECF No. 34) is **DENIED** as moot.

Dated this 26th day of May, 2016.

*/s/ Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE